IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

COREY T. PINKNEY,

    Plaintiff,

v.

Sergeant JAVAKA JOHNSON;
THE STATE OF GEORGIA, and
Lt. FORD,

    Defendants.

CIVIL ACTION NO.: CV608-054

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the State of Georgia are **DISMISSED**. Plaintiff's claims for injunctive relief against Georgia State Prison are also **dismissed**.

**SO ORDERED**, this _____ day of _____, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)